1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA MATTICE d/b/a ACCURATE SMOG,<br><br>Defendant. | Case No. 1:15-cv-01491--SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BARBARA MATTICE d/b/a ACCURATE SMOG TO RESPOND TO COMPLAINT** |

WHEREAS Defendant BARBARA MATTICE d/b/a ACCURATE SMOG ("Defendant"), was previously served with the Complaint in this case;

WHEREAS Defendant's response to the Complaint is due on or before November 27, 2015

WHEREAS Defendant's response to the Complaint was previously due on or before November 6, 2015;

WHEREAS In light of good faith settlement negotiations that the parties believe will result in the resolution of the Complaint on or before January 15, 2016, Plaintiff TEXAS GUARANTEED STUDENT LOAN CORPORATION and Defendant have agreed to extend the due date for the response pursuant to Local Rule 144(a).

NOW, THEREFORE, Plaintiff TEXAS GUARANTEED STUDENT LOAN CORPORATION and Defendant, by and through their attorneys, stipulate and agree to the following:

1. Defendant shall have an extension of time to respond to the Complaint until February 1, 2016.

2. The Parties request the Case Management Conference set for December 8, 2015, at 9:30 a.m. in Courtroom 7, be continued to February 1, 2016 at 9:30 a.m. in Courtroom 7, or later, at the Court's convenience.

3. The Parties also request the Mandatory Scheduling Conference set for January 5, 2016 at 9:45 a.m. in Courtroom 7, be continued to February 8, 2016 or later, at the Court's convenience.

SO STIPULATED.

Dated: November 25, 2015         SOUKUP & SCHIFF, LLP


                                 By: /s/ Scott A. Schiff
                                     SCOTT A. SCHIFF
                                     Attorneys for Plaintiff
                                     TEXAS GUARANTEED STUDENT LOAN
                                     CORPORATION

Dated: November 25, 2015         DOWLING AARON INCORPORATED


                                 By: /s/ G. Andrew Slater
                                     G. ANDREW SLATER
                                     Attorneys for Defendant
                                     BARBARA MATTICE d/b/a ACCURATE
                                     SMOG

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that:

1. The deadline for BARBARA MATTICE d/b/a ACCURATE SMOG to file responsive pleadings in the captioned case is extended to February 1, 2016.

2. The Case Management Conference now set for December 8, 2015, at 9:30 a.m. in Courtroom 7, is continued to February 9, 2016, at 9:45 a.m. in Courtroom 7; and

3. The Mandatory Scheduling Conference now set for January 5, 2016, at 9:45 in Courtroom 7, is continued to March 15, 2016, at 10:00 in Courtroom 7.

IT IS SO ORDERED.

Dated:   **November 29, 2015**                    **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE